1  STEVEN R. ANTHONY (SBN: 37778)
   PETER WASHINGTON (SBN: 230514)
2  ANTHONY & CARLSON LLP
   1999 Harrison Street, Suite 2000
3  Oakland, CA 94612
4  Phone: (510) 835-8400
   Fax:   (510) 835-5566
5
   Attorneys for Defendant
6  UNION PACIFIC RAILROAD COMPANY
7
8           IN AND FOR THE UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 JOHN C. PARMENTER,                    Case No.: C 06-02362 JSW
12         Plaintiff,                    STIPULATION AND ORDER
                                         TRANSFERRING ACTION
13    vs.                                [28 U.S.C. § 1404(a)]
14 UNION PACIFIC RAILROAD CO.,
15         Defendant.
16
17     The parties to the above-captioned matter, by and through their counsel of record, hereby
18 stipulate as follows:
19     Whereas the plaintiff is a resident of Oregon, and whereas most if not all of the percipient
20 witnesses in this action, including the plaintiff's medical providers, reside in Oregon, and
21 whereas both parties are subject to personal jurisdiction in the District of Oregon, the interests
22 of justice and the convenience of the parties and witnesses would be served by transferring this
23 action to the District of Oregon. Therefore, the parties do hereby stipulate to such transfer.
24 DATED: August 10, 2006
25                                       ANTHONY & CARLSON LLP
26
                                         By: _____
27                                            Peter Washington
                                              Attorneys for Defendant
28                                            UNION PACIFIC RAILROAD COMPANY
                                         -1-
                   STIPULATION AND ORDER TRANSFERRING ACTION

1 DATED: August 10, 2006

2                                    GEFFNER & BUSH

3
4                                    By: _____
                                         Robert Kropp, Jr.
                                         Attorneys for Plaintiff
5                                        JOHN C. PARMENTER

6 PURSUANT TO STIPULATION, IT IS SO ORDERED.

7 DATED: __August 10__, 2006

8                                    By: _____
                                         JEFFREY S. WHITE
9                                        U.S. DISTRICT JUDGE

-2-
STIPULATION AND ORDER TRANSFERRING ACTION